```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

OLD NAVY; SYNCHRONY BANK,

                Defendants

Civil Action Number: 21-cv-9131 (NSR)

**SYNCHRONY BANK'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

### DEFENDANT SYNCHRONY BANK'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Synchrony Bank ("Synchrony"), through undersigned counsel, moves to dismiss the claim alleged against it in the Amended Complaint of Plaintiff Regina Lewis. A Memorandum in Support of this Motion is filed contemporaneously herewith.

WHEREFORE, Synchrony respectfully requests that the Court dismiss Plaintiff's Amended Complaint in its entirety with prejudice.

DATED: October 27, 2022

                Respectfully submitted,

                */s/ Amy Secter*
                Amy Secter (#2725448)
                Reed Smith LLP
                901 East Byrd Street, Suite 1900
                Richmond, VA 23219
                804-344-3400 (telephone)
                804-344-3410 (facsimile)
                Asecter@reedsmith.com
                *Attorneys for Defendant Synchrony Bank*

Defendant's Motion to Dismiss is DENIED without prejudice for failure to follow the Court's Individual Practices in Civil Cases. *See* Rule 3(A)(ii). The moving party shall submit a letter, not to exceed three pages, setting forth the basis for the anticipated motion. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 14. The Clerk of Court is further directed to mail a copy of this Endorsement to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.

Date: October 28, 2022
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE