**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REGINA D. LEWIS,

                Plaintiff,

-against-                                    21 **CIVIL** 9131 (NSR)

## **JUDGMENT**

SYNCHRONY et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2025, Defendant Synchrony's motion to dismiss the TAC is GRANTED. Plaintiff's claims asserted against Defendant Synchrony are deemed dismissed with prejudice. Because Plaintiff asserts no claims against Old Navy, all claims against Old Navy are dismissed with prejudice. Accordingly, judgment is entered in favor of Defendant Synchrony as against Plaintiff.

**Dated:**  New York, New York

      October 29, 2025

                                                         **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                            **BY:**

                                                             **Deputy Clerk**