USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA D. LEWIS,

Plaintiff,

-against-

OLD NAVY, *et al*.,

Defendants.

No. 21 Civ. 9131 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

*Pro se* Plaintiff Regina D. Lewis ("Plaintiff") commenced this action on November 3, 2021. (ECF No. 2.) On October 28, 2025, the Court dismissed the Third Amended Complaint and granted Plaintiff leave to file a Fourth Amended Complaint against Defendant Experian. (ECF No. 49.) The Court also dismissed all claims against Defendants Old Navy and Synchrony Bank with prejudice. (*Id.*) Plaintiff, however, has neither filed a Fourth Amended Complaint nor otherwise prosecuted her remaining claims against Defendant Experian. As a result, on March 27, 2026, the Court issued an Order directing Plaintiff to show cause, in writing, as to why this action should not be dismissed for lack of prosecution by May 11, 2026. (ECF No. 51.) She has not done so.

"Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted). This discretion, however, "is conditioned by certain minimal requirements." *Id.* (internal quotation marks omitted). In particular, the Court should consider: (1) the duration of plaintiff's failures; (2) whether plaintiff had received notice that further delays would result in dismissal; (3) whether defendant is likely to be prejudiced by further delay; (4) whether the district

judge has carefully balanced the need to alleviate court calendar congestion and a party's right to due process; and (5) whether the court has assessed the efficacy of lesser sanctions. *Id.* (internal quotation marks omitted).

Plaintiff has failed to file a Fourth Amended Complaint. Plaintiff has likewise failed to respond to the Court's Order to Show Cause. Plaintiff has repeatedly failed to comply with the Court's deadlines despite being warned that her failure to do so could result in dismissal, and no lesser sanction would be effective in light of Plaintiff's failure to respond to the Court's Order to Show Cause. As Plaintiff has not filed an amended pleading or responded to the Court's Order to Show Cause, the instant action is hereby dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is respectfully directed to close the case. The Clerk of Court is also directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF and to note service on the docket.

Dated: July 21, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge